### ENSLEN v. DRENNEN.

(Decided February 21, 1916.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. A. H. BENNERS.

WM. M. SPENCER, JR., for appellant. GASTON & DRENNEN, for appellee.

Per curiam. Appeal dismissed by appellant.